# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KIMBERLY L. ROBINSON,
SECRETARY OF THE DEPARTMENT
OF REVENUE FOR THE STATE OF
LOUISIANA AND CITY OF NEW
ORLEANS DEPARTMENT OF
FINANCE

VERSUS

PRICELINE.COM, INCORPORATED,
TRAVEL WEB, LLC, TRIP
NETWORK, INC., ORBITZ, LLC,
INTERNETWORK PUBLISHING
CORP. (D/B/A LODGING.COM),
EXPEDIA, INC. (WA),
HOTELS.COM, LP, HOTWIRE,
INC., EGENCIA, LLC,
TRAVELOCITY.COM LP,
SITE59.COM LLC, DESTINATION
MANAGEMENT, INC., AND DOES 1
THROUGH 1000, INCLUSIVE

NO. 2021 CW 0719

JULY 27, 2021

---

In Re:     Travelocity.com LP (n/k/a TVL LP) and Site59.com LLC,
           applying for supervisory writs, 19th Judicial District
           Court, Parish of East Baton Rouge, No. 650894.

---

BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam), are not met.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT